<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 00-1628**

---

LOUIS A. CSOKA,

                              Plaintiff - Appellant,

          versus

UNITED STATES GOVERNMENT; RUDY LOZANO; JAMES
T. MOODY; ALLEN SHARP, and the above Federal
Judges; AMOCO OIL COMPANY, its management--
Richard J. McGillivary, Jack Graham, Ralph
Phillip, Michael VanAcker, Michael A. Doerner,
Eric Weck, Vyt Lazauskas aka BP Amoco; UNKS;
H. NASIF MAHMOUD, Attorney; WILLIAM H. WALDEN,
Deputy Prosecutor/Attorney; CHARLES H. GRAD-
DICK, City Judge/Attorney; JOEL C. LEVY;
STEVEN R. CRIST; PALMER C. SINGLETON, JR.; R.
CORDELL FUNK; NELS KOMPIER,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-00-
873-L)

---

Submitted: October 26, 2000          Decided: November 1, 2000

---

Before WIDENER, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Louis A. Csoka, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Louis A. Csoka appeals from the district court's order dismissing his civil action and transferring the case to the United States District Court for the Northern District of Indiana. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we deny Csoka's motions for appointed counsel, for a directed verdict, for a mandatory injunction, and to correct omission, and affirm on the reasoning of the district court. See Csoka v. United States, No. CA-00-873-L (D. Md. Apr. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2